```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA
```

USDC SDNY
Document
Electronically Filed
Doc #
Date Filed:

**SCHEDULING ORDER**

-against-

**20 CR 575**

FRED MASTROIANNI,

                              Defendant.
-----------------------------------------------------------X

The Court has scheduled an arraignment for 11/9/2020 at 11am before Magistrate Judge Andrew E. Krause. To access the conference, counsel should call 877-336-1831 and use access code 2751700#. Members of the press and public may call the same number but will not be permitted to speak during the conference.

Dated: November 9, 2020
        White Plains, New York

                                              SO ORDERED.

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge