UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-

FRED MASTROIANNI

                                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-575 ( )

Defendant __FRED MASTROIANNI__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_Fred Mastroianni_ / AEK
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRED MASTROIANNI
Print Defendant's Name

_Kerry A. Lawrence_
Defendant's Counsel's Signature

KERRY A. LAWRENCE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/9/2020
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge