UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FRED MASTROIANNI

                                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-575( )( )PMH

Defendant __Fred Mastroianni__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer  and Bail Review

__Fred Mastroianni__
Defendant's Signature  by counsel with express perm 11/18
(Judge may obtain verbal consent on defendant
Record and Sign for Defendant)

__FRED MASTROIANNI__
Print Defendant's Name

__Kerry A. Lawrence__
Defendant's Counsel's Signature

__Kerry A. Lawrence__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

November 18, 2020
Date

__[signature]__
U.S. District Judge/U.S. Magistrate Judge