UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America

                    Government,

                against-

Fred Mastroianni

                    Defendant(s)
-----------------------------------------------------------X

**MEDICAL ORDER**

Before Judge: Philip M. Halpern, U.S.D.J

Case Number:   20Cr575 PMH

**TO THE WARDEN:**

      The defendant has been remanded to <u>Westchester County Jail;</u> in lieu of bail.  The following information requiring your attention was disclosed to the court. The court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

**The defendant is requesting medical treatment for the following conditions.**

**The defendant indicates he suffers from Tinnitus, and that he takes Lipo-Flavonoid, an over the counter medication to treat the tinnitus.**

Dated: November 20, 2020
White Plains, NY

                    SO ORDERED:   _____

                                         Philip M. Halpern
                                         United States District Judge
                                         Southern District of New York