UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA                :

           - V -                                                 :
FRED MASTROIANNI,                           :

                                              :
                   Defendant.
-----------------------------------------------------x

AFFIRMATION FOR WRIT OF
HABEAS CORPUS

20 Cr. 575 (PMH)

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER  :   ss.:
SOUTHERN DISTRICT OF NEW YORK )

        COURTNEY HEAVEY, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one FRED MASTROIANNI (USMS #: 05619-509), who is now incarcerated at the Westchester County Correctional Facility, Valhalla, New York, is currently charged in the above-captioned criminal case on charges including the receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B), and coercion and enticement, in violation of Title 18, United States Code, Sections 2422(b) and 2427. Mastroianni has requested the opportunity to review his discovery and given the nature of the discovery and limitations on contact visits at the Westchester County Correctional Facility, such review needs to take place at the Federal Bureau of Investigation's office in Rye, New York.

        WHEREFORE, your deponent respectfully prays that a writ of habeas corpus be issued directing the Warden of Westchester County Correctional Facility, Valhalla, New York, to release the defendant into the custody of any authorized federal agent or task force officer of the Federal Bureau of Investigation on Tuesday, July 20, 2021 between the hours of 7:00 a.m. and 10:00 p.m. at the Westchester County Correctional Facility, Valhalla, New York, to be available to review discovery material, and to return him to Westchester County Correctional Facility at the end of the day listed herein.

I declare under penalty of perjury that the foregoing is true and correct.

*Courtney Heavey*
COURTNEY HEAVEY
Assistant United States Attorney

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden

WESTCHESTER COUNTY CORRECTIONAL FACILITY
10 Woods Road
Valhalla, NY 10595

and

UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK

AND ANY AUTHORIZED FEDERAL AGENT AND TASK FORCE
OFFICER OF THE FEDERAL BUREAU OF INVESTIGATION

AUSA: Courtney Heavey
(914) 993-1927

YOU ARE HEREBY COMMANDED to have the body of FRED MASTROIANNI (USMS #: 05619-509), now detained at the Westchester County Correctional Facility, under your custody, under safe and secure conduct delivered to the custody of Special Agents and Task Force Officers with the Federal Bureau of Investigation ("FBI") between the hours of 7:00 a.m. and 10:00 p.m. on Tuesday, July 20, 2021 in connection with a federal case in the Southern District of New York.

During this period, MASTROIANNI will be returned on the same day he is taken out to the custody of the Westchester County Correctional Facility. At all times during his release, MASTROIANNI shall remain in the custody, control, and supervision of Special Agents with the FBI.

WITNESS the Honorable Colleen McMahon, Chief Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York this 16th day of July, 2021.

_____
Clerk, United States District Court
Southern District of New York

*Judith C. McCarthy*
Honorable Judith C. McCarthy
United States Magistrate Judge