LAW OFFICE OF
14
WHITE P
Tele
Email: ker

Octo

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The conference is adjourned to 1/27/2022 at 11:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel. The signed waiver shall be submitted no later than 1/20/2022. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number: (888) 398-2342, access code: 3456831. The Court will separately docket an Order excluding time under the Speedy Trial Act to 1/27/2022. The parties shall notify the Court sufficiently in advance should this conference be converted to a Guilty Plea and in-person appearance. And all paperwork associated with the Guilty Plea shall be e-mailed to Chambers. The Clerk of Court is respectfully requested to terminate the letter-motion (Doc. 48).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 27, 2021

  Re: **United States v. Fred Mastroianni**
     **20 Cr. 575 (PMH)**

Dear Judge Halpern:

  I am writing, with the consent of the government, to request that the pre-trial conference presently scheduled for November 1 be adjourned until January 27, 2022 at 11:00 a.m..

  The Defendant and the Government are continuing to engage in plea discussions and I have asked for the opportunity to meet with members of a reviewing committee to discuss this matter further. That process is likely to take several more weeks.

  As a result of the foregoing, it is requested that the conference scheduled for next week be adjourned as requested. The defendant agrees that if the request is granted that the time between November 1 and the next scheduled pre-trial conference should be excluded under the Speedy Trial Act.

  Thank you for the Court's consideration of this request.

          Respectfully submitted,

          Kerry A. Lawrence

cc: AUSA Courtney Heavey (via ECF and e-mail)