UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

FRED MASTROIANNI,

                              Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 575 (PMH)

Defendant FRED MASTROIANNI hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

____   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer

_Fred Mastroianni by Stephen R. Lewis_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__FRED MASTROIANNI__
Print Defendant's Name

Defendant's Counsel's Signature

__STEPHEN R. LEWIS__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_1/14/22_
Date

U.S. District Judge/U.S. Magistrate Judge