UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :     **RESCHEDULING ORDER**
                                 :
**Fred Mastroianni**,            :     7-20-cr-00575 (PMH)
               Defendants.       :
                                 :
------------------------------------------------------------x

The status conference previously scheduled for April 14, 2022 is rescheduled to April 28, 2022 at 11:00 am by Zoom. Because of the current public health emergency, the Court will conduct the conference by video conference call, if defendants waive their right to be physically present and consent to appear by video after consultation with counsel.

Accordingly, it is hereby ORDERED:

1.  By <u>April 22. 2022</u>, defense counsel shall advise the Court in writing as to whether defendant, after consultation with counsel, waives his right to be physically present and consents to appear by video or telephone for the proceeding.

2.  The proceeding will be conducted through Zoom.  In advance of the proceeding, Chambers will email all counsel with further information on how to access the proceeding.  Those participating by video will click on the link or calendar invite to be provided by the Courtroom Deputy.  Only the Court, the defendant, defense counsel, and counsel for the government will appear by video for the proceeding Only one counsel per party may participate by video.

**Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 and entering Access Code:  3456831#**.

3.  If Zoom does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 398-2342** and use Access Code

3**456831**.  (Members of the press and public may call the same number but will not be permitted to speak during the proceeding.)

Dated: March 31, 2020        SO ORDERED:

_____
Philip M. Halpern, U.S.D.J