# STEPHENS, BARONI, REILLY & LEWIS, LLP
### ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

FAX (914) 761-0995
www.sbrllaw.com

ROLAND A. BARONI, JR. rbaroni@sbrllaw.com
STEPHEN R. LEWIS slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY greilly@sbrllaw.com
JOSEPH P. ERIOLE

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

April 1, 2022

*Via ECF*
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Fred Mastroianni*
20-Cr-575 (PMH)

> Application granted.
>
> SO ORDERED.
>
> */s/ Philip M. Halpern*
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 1, 2022

Dear Judge Halpern:

Philip Russell and I represent Fred Mastroianni who is next scheduled for a status conference before you on April 28, 2022 at 11:00 a.m.

For years Mr. Mastroianni has suffered from Tinnitus affecting his hearing. From his arrest in October of 2020 while housed at the Westchester County Jail he was receiving his prescribed medication of Klonopin (3mg daily) and Lipo-Flavonoid (2 pills 3x per day).

In early March the Marshals moved Mr. Mastroianni from the Westchester County Jail to the Metropolitan Detention Center (MDC) in Brooklyn. Repeated requests for him to get this medication have proved unsuccessful. On March 16, 2022 he met with a doctor at the MDC who wrote him a prescription for the Klonopin yet he is still not being given the medication.

My application is that you request the U.S. Marshals Service and/or the facility to look into this matter so that Mr. Mastroianni can receive the medication necessary to treat his medical condition.

Thank you on his behalf for your attention to this matter.

Very truly yours,

*/s/ Stephen R. Lewis*
Stephen R. Lewis

SRL:dc
cc: all counsel via ECF