UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

FRED MASTROIANNI,

        Defendant.
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 575 (PMH)

Defendant FRED MASTROIANNI hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

__X__ Conference Before a Judicial Officer

_Fred Mastroianni by Steph R. L_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__FRED MASTROIANNI_____
Print Defendant's Name

_[signature]_____
Defendant's Counsel's Signature

__STEPHEN R. LEWIS_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_4/28/22_____
Date

_[signature]_____
U.S. District Judge/U.S. Magistrate Judge