UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

FRED MASTROIANNI,

                Defendant.
-----------------------------------------------------------X

ORDER

20-CR-00575 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel shall submit courtesy copies of all motion papers to Chambers as directed during the April 29, 2022 conference; and any audio recordings shall be submitted therewith on a CD or DVD in a file format compatible with the Court's software. Counsel may contact the PC Systems Administrator in the Office of the Clerk of Court with any questions.

SO ORDERED:

Dated: White Plains, New York
       July 7, 2022

_____
Philip M. Halpern
United States District Judge