**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

---

Application granted.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
January 20, 2023

---

**BY ECF AND E-MAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

    Re:    *United States* v. *Fred Mastroianni*, 20 Cr. 575 (PMH)

Dear Judge Halpern:

    The Government writes respectfully to request that the Court extend the deadlines for pretrial filings in this matter by approximately 30 days, such that the new Rule 404(b) deadline would be February 21, 2023; the new motions in limine deadline would be February 27, 2023; and the new deadline for oppositions to motions in limine, as well as proposed voir dire, requests to charge, and a proposed verdict sheet would be March 6, 2023. The parties are engaged in active discussions about a resolution of this matter without the need for trial, and the additional time should permit the parties to complete those discussions. Counsel for the defendant joins this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Ryan W. Allison
    Assistant United States Attorney
    (914) 993-1953

cc (by ECF and E-Mail):    Counsel of record